## UNITED STATES DISTRICT COURT
### Boston, Massachusetts

```
* * * * * * * * * * * * * * *
                            *
Harold J. Weber             *    PLAINTIFFS ANSWERS
              Plaintiff     *    TO COUNTERCLAIMS
vs.                         * *  IN A CIVIL ACTION
                            *    Case No.
BMW of North America, Inc.  *    00cv10953 JLT
              Defendant     *
                            *
* * * * * * * * * * * * * * *
```

FILED IN CLERK'S OFFICE

Aug 18 10 53 AM '00

DOCKETED

## PLAINTIFF'S ANSWERS TO COUNTERCLAIMS PROPOUNDED BY DEFENDANTS

### OVERVIEW

Defendants, BMW of North America, Inc., made entry of "BMW of North America, Inc.'s Answer to Complaint, Affirmative Defenses and Counterclaims" [10-1] on August 11, 2000 and including a request for relief.

### ANSWERS TO COUNTERCLAIMS

Now comes the plaintiff, Harold J. Weber ("Weber") and respectfully answers the allegations set forth in the defendants' counterclaims [10-3] as follows:

11. Plaintiff **admits** references of paragraphs **1-10** of the Defendants' Answer as incorporated.
    - 11.1 Paragraphs **1-7** are **denied** to the extent the Defendants have alleged contrary to the original complaint's corresponding Paragraphs **1-7**.
    - 11.2 Paragraph **8** is **denied**.
    - 11.3 Paragraph **9** is **denied**.
    - 11.4 Paragraph **10** is **denied**.
12. Denied.
13. Denied, except to **admit** jurisdiction under **28U.S.C.§1338**.

---

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**
Weber v. BMW of North America Inc. 00cv10953                Sheet 1

14. **A**dmitted.
15. **A**dmits belief to be correct information provided by Defendant, except **denies** knowledge of absolute correctness.
16. **A**dmitted.
17. **A**dmitted.
18. **A**dmitted, except that the correct date was May 16, 2000.
19. **A**dmitted.
20. **D**enied.
21. **D**enied.
22. **D**enied.

## CONCLUSION

Plaintiff further states that considerable controversy exists wherein the plaintiff believes the defendants have infringed and continue to infringe a valid U.S. Patent 5,574,315 issued by the U.S. Patent Office on November 12, 1996 to the Plaintiff and hereby asks that the Court **deny** the "RELIEF REQUESTED" [10-4] in the Defendants' Paragraphs **A, B, C, D** and **E**.

August 17, 2000

*[signature: Harold J. Weber]*
Harold J. Weber
Plaintiff (pro se litigant)

P.O. Box 169
Centerville, MA 02632-0169

Tel: 508-771-4956
Fax: 508-771-8708

pat10953@hyannisportusa.com

## CERTIFICATION OF SERVICE

The undersigned pro se Plaintiff does hereby certify that on or before August 21, 2000 a copy of this *Plaintiff's Answers to Counterclaims* was served on the Defendant by mailing a true copy in an envelope deposited as first-class mail with the U.S. Postal Service, postage prepaid and addressed to the Defendant's known counsel Mr. Roger D. Taylor and Ms. Virginia L. Carron, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 303 Peachtree Street, N.E., Atlanta, GA 30308.

fd01:\bmw\L953b07a.wpd

*[signature: Harold J. Weber]*
Harold J. Weber
Plaintiff (pro se litigant)